# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**NONNIE CHRYSTAL,**

      **Plaintiff,**

-vs-                 Case No. 6:10-mc-51-Orl-GAP-KRS

**STOVASH, CASE & TINGLEY, P.A.**, *et al.*,

      **Defendants.**

_____

# ORDER

This matter comes before the Court on the document entitled "Final Determination and Judgment in Nihil Dicit, in Admiralty" (Doc. 1) filed by the Plaintiff, Nonnie Chrystal ("Chrystal"). The document is purportedly a final judgment entitling Chrystal to recover $11,352,474,000,000 from a number of other parties.

The registration of foreign judgments in federal court is governed by 28 U.S.C. § 1963, which provides in pertinent part that

> A judgment in an action for the recovery of money or property entered in any court of appeals, district court, bankruptcy court, or in the Court of International Trade may be registered by filing a certified copy of the judgment in any other district or, with respect to the Court of International Trade, in any judicial district, when the judgment has become final by appeal or expiration of the time for appeal or when ordered by the court that entered the judgment for good cause shown. . . . A judgment so registered shall have the same effect as a judgment of the district court of the district where registered and may be enforced in like manner.

Among its many faults, the purported final judgment resulted solely from correspondence between Chrystal and the Defendants. No court was involved in its creation, and it was not "entered in any court of appeals, district court, bankruptcy court, or in the Court of International

Trade" as required by 28 U.S.C. § 1963. As such, any attempt to register it in this Court is improper. Continued efforts to record similar documents masquerading as judgments, or to enforce them, will result in the imposition of sanctions.

In consideration of the foregoing, it is hereby

**ORDERED** that the document entitled "Final Determination and Judgment in Nihil Dicit, in Admiralty" (Doc. 1) is **STRICKEN**. And to insure that the document cannot be enforced in the manner of a genuine judgment, it is hereby

**ORDERED** that the Clerk shall not issue a certified copy of the document entitled "Final Determination and Judgment in Nihil Dicit, in Admiralty" (Doc. 1).

**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 24, 2010.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party