## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

July 16, 2010

Sheryl L. Loesch
United States District Court
401 W CENTRAL BLVD
ORLANDO, FL 32801

Appeal Number: 10-12800-B
Case Style: Nonnie Chrystal v. Stovash, Case & Tingley, P.A., et al
District Court Docket No: 6:10-mc-00051-GAP-KRS

The enclosed certified copy of the Clerk's Entry of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4.

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Carolyn Magers, B
Phone #: (404) 335-6181

Enclosure(s)

DIS-2 Letter and Entry of Dismissal

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

No. 10-12800-B

```
FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

JUL 1 6 2010

JOHN LEY
CLERK
```

NONNIE CHRYSTAL,

    Plaintiff - Appellant,

versus

STOVASH, CASE & TINGLEY, P.A.,
HUNTINGTON NATIONAL BANK,
BREVARD COUNTY CLERK OF COURT,
DE BEAUBIEN, KNIGHT, SIMMONS, MANTZARIS, NEAL, LLP,

    Defendants - Appellees.

---

Appeal from the United States District Court
for the Middle District of Florida

---

ENTRY OF DISMISSAL: Pursuant to the 11th Cir.R.42-1(b), this appeal is DISMISSED for want of prosecution because the appellant Nonnie Chrystal failed to pay the filing and docketing fees to the district court, or alternatively, file a motion to proceed in forma pauperis in the district court within the time fixed by the rules, effective July 16, 2010.

JOHN LEY
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by: Carolyn Magers, Deputy Clerk

FOR THE COURT - BY DIRECTION

A True Copy - Attest:
Clerk, U.S. Court of Appeals
Eleventh Circuit

By: *Carolyn Magers*
Deputy Clerk
Atlanta, Georgia